**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and a class, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 15-cv-5211 |
| vs. | ) ) ) | |
| WEBPERTIES, LLC , and ALAIN GONZALEZ, doing business as PROPERTYMANAGERDIRECTORY.COM, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Scott Dolemba hereby dismisses this action with prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

  I, Francis R. Greene, hereby certify that on September 4, 2015, I caused to be filed the forgoing document with the Clerk of the Court using the CM/ECF System, and caused to be served a true and accurate copy of such filing via electronic mail on this date upon the following party:

Alain Gonzalez
alain@webperties.com

                s/Francis R. Greene
                Francis R. Greene